FILED
EASTERN DISTRICT OF MISSOURI

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EIGHTY-NINE THOUSAND, FIFTY-FIVE DOLLARS AND SIXTY-TWO CENTS ($89,055.62) FROM EAST WEST BANK ACCOUNT ENDING IN 7805, et al.,<br><br>Defendant. | ) | No. 4:26-MC-00852-SRW |

**MOTION TO EXTEND TIME TO FILE COMPLAINT FOR FORFEITURE**

Comes now the United States of America, by and through its attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Ricardo Dixon, Assistant United States Attorney for said District, and respectfully moves this Court to extend the time in which the United States is required to file a verified complaint for forfeiture and in support of its Motion states as follows:

1. On March 6, 2026 and March 9, 2026, the following defendant property was seized from Susan Chuang and Premier Assets and Development, LLC during the course of a criminal investigation:

a. $89,055.62 from East West Bank account ending in 7805;

b. $21,138.85 from East West Bank account ending in 5228;

c. $85,330.19 from East West Bank account ending in 4239;

d. $371,537.62 from JPMorgan Chase Bank account ending in 4115;

e. $166,924.12 from JPMorgan Chase Bank account ending in 4116;

f. $109,460.31 from JPMorgan Chase Bank account ending in 9743;

g. $139,833.22 from First General Bank CD account ending in 5659;

h. $304,160.04 from Allianz Fixed Life Annuity account ending in 2708;

i. $133,245.44 from Allianz Benefit Control Life Annuity account ending in 1835;

j. $131,432.11 from Allianz Benefit Control Life Annuity account ending in 1833; and

k. $131,881.53 from Allianz Benefit Control Life Annuity account ending in 1834.

2. All of the written notice of intent to forfeit required by Title 18, United States Code, Section 983(a)(1)(A) to be sent by the Drug Enforcement Administration to interested parties has been sent.

3. The time has expired for any person to file an administrative claim to the property under Title 18, United States Code, Section 983(a)(2)(A)-(E).

4. The only person to file an administrative claim to the defendant property with the Drug Enforcement Administration is Susan Chuang on May 15, 2026 and June 9, 2026..

5. Title 18, United States Code, Section 983(a)(3)(A) provides as follows:

> Not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a court in the district in which the complaint will be filed ***may extend the period for filing a complaint for good cause shown*** or upon agreement of the parties.

6. Title 18, United States Code, Section 983(a)(3)(B) also provides that the United States may maintain possession of the property by filing criminal charges within the relevant time frame.

7. Accordingly, absent an order extending its time, the United States must either file a civil complaint for forfeiture of the above-captioned property or file criminal charges on or about August 13, 2026.

8. The United States has an ongoing criminal investigation regarding the conduct giving rise to the forfeiture of the property. If a civil complaint is filed, any discovery in a civil case would impede the Government's ability to conduct its ongoing criminal investigation and would also create a burden on the claimant's right against self-incrimination. Should the property be returned to the claimant there would be no assurance that the property would be available as evidence in any subsequent court proceedings.

9. The requested extension is in the interest of justice insofar as it avoids the need for duplicative actions and thereby conserves judicial and other governmental resources.

10. A proposed order is included herewith for the Court's consideration.

WHEREFORE, for the foregoing good cause, the Government respectfully requests that the Court extend the period in which the United States is required to file a Complaint against the property and/or to return criminal charges until November 11, 2026.

Dated: August 6, 2026

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

*/s/ Ricardo Dixon*

RICARDO DIXON, #70026(MO)
Assistant United States Attorney
111 South 10th Street, Suite 20.333
Saint Louis, Missouri 63102
Telephone: (314) 539-2200
Ricardo.Dixon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2026, a copy of the foregoing was sent via first-class mail, postage prepaid and addressed to the following:

Susan Chuang
c/o Cohen Williams LLP
Attn: Alyssa D. Bell and Jennifer Resnik
724 South Spring Street, 9th Floor
Los Angeles, CA 90014

*/s/ Ricardo Dixon*
RICARDO DIXON, #70026(MO)
Assistant United States Attorney